BARBARA T. MUNSON, as Administratrix, etc., of WARREN E. MUNSON, JR., Deceased, Appellant, v. LEAMAN TRANSPORTATION COMPANY, INC., and CHARLES HEEBNER, Respondents.— This is an appeal by plaintiff from an order of the Schenectady Special Term of the Supreme Court, denying her motion for an examination before trial of defendant Charles Heebner. The action is brought by plaintiff as administratrix to recover damages for the death of her husband which occurred in the early morning of February 8, 1939, when the car which he was operating on State street in the city of Schenectady collided with a truck owned by the corporate defendant and driven by the codefendant. There were no eye witnesses to the accident. Plaintiff is entitled to examine defendant before trial. Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of Brand v. Butts (242 App. Div. 149); Breault v. Embossing Company, Inc. (253 id. 175). All concur.

HAROLD WASSERMAN, by His Guardian ad Litem, LOUIS WASSERMAN, Appellant, v. ARTHUR H. CONGDON and EDNA P. CONGDON, Respondents.— Plaintiff has appealed from a judgment entered upon a verdict of no cause of action in favor of defendants and from an order denying his motion to set aside such verdict. Sunnyside road, a paved highway, in the village of Scotia, is intersected at right angles by a dirt road known as Washington street. On August 18, 1936, plaintiff was operating a truck northerly on Washington street and the collision occurred between that truck and an automobile which was being operated westerly on Sunnyside road by defendant Edna P. Congdon, which car was owned by the codefendant. As a result of the collision plaintiff asserted that he sustained personal injuries. The questions of negligence, contributory negligence and whether or not plaintiff sustained any injuries were pure questions of fact and the verdict of the jury is sustained by the evidence. Judgment and order unanimously affirmed, with costs.